UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD M. RICHARDSON,

    Plaintiff,

v.                              Case No.  8:07-cv-1375-T-24 MSS

HSN GENERAL PARTNER LLC,
a foreign limited liability company,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Unopposed Motion to Extend Deadline for Mediation (Doc. No. 10), and Plaintiff's Unopposed Motion for Substitution of Mediator (Doc. No. 11).  Plaintiff requests that this Court extend the mediation deadline in this case from June 20, 2008 to July 2, 2008, and that the Court allow the parties to substitute mediator Bob McKee, Esq. for their previously chosen mediator Peter Grilli, Esq.  Upon consideration, both motions are **GRANTED**.  Because the Court prefers that parties mediate before any dispositive motions have been filed, the Court also extends the dispositive motions deadline to July 16, 2008, and reschedules the pretrial conference to October 14, 2008.  The trial in this case hereby rescheduled to the Court's November 2008 trial calendar.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record